FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 3 0 2022

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FELIX RIOS-LARES | Criminal Information<br><br>No. 1:22-CR-100 |

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning on a date unknown, but by no later than on or about February 26, 2018, and continuing through on or about August 10, 2021, in the Northern District of Georgia and elsewhere, the defendant, FELIX RIOS-LARES, not being a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, did willfully engage in the business of dealing in firearms, all in violation of Title 18, United States Code, Section 922(a)(1)(A).

### Forfeiture Provision

Upon conviction of the offense alleged in this Information, the defendant, FELIX RIOS-LARES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition used or involved in the commission of the offense.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

RYAN K. BUCHANAN
  *United States Attorney*

*/s/ Theodore Hertzberg*
THEODORE S. HERTZBERG
  *Assistant United States Attorney*
Georgia Bar No. 718163

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181