IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FELIX RIOS-LARES | Criminal Action No.<br><br>1:22-CR-100-SEG |

## Government's Sentencing Memorandum

The United States of America, by Ryan K. Buchanan, United States Attorney, Theodore S. Hertzberg, Assistant United States Attorney, for the Northern District of Georgia, files this Sentencing Memorandum.

The Government concurs with the arguments made in Defendant's sentencing memorandum (Doc. 10). Defendant's advanced age, lack of any criminal history, lack of known ties to prohibited persons or criminal organizations, immediate cooperation with law enforcement, and efficient pre-indictment resolution of his case justify the downward variance proposed by the parties and the imposition of a year-and-a-day term of imprisonment, as set forth in the parties' binding plea agreement (Doc. 8-1).

                                      Respectfully submitted,

                                      RYAN K. BUCHANAN
                                      *United States Attorney*

                                    /s/THEODORE S. HERTZBERG
                                      *Assistant United States Attorney*
                                      Georgia Bar No. 718163
                                      theodore.hertzberg@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

September 30, 2022

/s/ Theodore S. Hertzberg

Theodore S. Hertzberg

*Assistant United States Attorney*